# United States Court of Appeals
## For the First Circuit

———

No. 04-2186

GREGORIO IGARTÚA-DE LA ROSA, ET AL.,

Plaintiffs, Appellants,

v.

UNITED STATES OF AMERICA,

Defendant, Appellee.

———

ERRATA

The en banc opinion of this court issued August 3, 2005, is amended as follows:

On p.97, line 9 of the second block quote: "preemept" should be "preempt"